IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARTHUR SCOTT PRELLE | : CIVIL ACTION |
| v. | : NO. 25-2589 |
| OFFICE OF FOREIGN ASSETS CONTROL, (OFAC), U.S. DEPARTMENT OF THE TREASURY, PAMELA BONDI | : |

## ORDER

AND NOW, this 4th day of June 2025, following our May 21, 2025 Order (ECF 4) granting Plaintiff to proceed without paying filing fees subject to screening, and having now studied the Plaintiff's latest sovereign citizen redemptionist theory claim based on a universally discredited theory of a birth certificate creating some form of trust which allows him an accounting or other relief from the United States or its officials, and for reasons in the accompanying Memorandum leading us to conclude this case is frivolous, it is **ORDERED** we:

1. **DISMISS** the Complaint (ECF 2) with prejudice as the claims are plainly frivolous; and,

2. **DIRECT** the Clerk of Court to **CLOSE** this case.

_____
KEARNEY, J.